**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,         )
                                                    )
                   Plaintiff,      )
                                                      )
v.                                          )     No. 06-00333-CR-W-DW
                                                  )
Brent O. Trower,                 )
                                                  )
                   Defendant.    )

**ORDER**

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation denying the Defendant's Motion to Suppress Evidence. (Doc. 30). Defendant filed objections to the Report and Recommendation. After an independent review of the record, applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made part of this Order, and denies the Motion to Suppress Evidence.

Date: April 12, 2007                             /s/ DEAN WHIPPLE
                                                        Dean Whipple
                                              United States District Court